UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRENDA CHANEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:08-cv-71- SEB-DML |
| vs. ) | |
| ) | |
| PLAINFIELD HEALTHCARE CENTER, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF ADMINISTRATIVE CLOSURE

This cause is administratively closed without prejudice to the right of either party to move to reopen it within sixty (60) days of the final conclusion of the bankruptcy proceedings involving Defendant or the lift of the automatic stay, whichever is earlier.

IT IS SO ORDERED.

Date: 09/20/2010

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Justin Thane Bowen
THE NICE LAW FIRM
jtbowen@nice-law.com

Denise K. LaRue
HASKIN LAUTER & LARUE
dlarue@hlllaw.com

Stephen D. LePage
HARRISON & MOBERLY
slepage@h-mlaw.com

Meghan Uzzi Lehner
HASKIN LAUTER & LARUE
mlehner@hllglaw.com

Janet A. McSharar
HARRISON & MOBERLY
jmcsharar@h-mlaw.com